# COURT MINUTES OF SENTENCING HEARING

UNITED STATES of AMERICA,

    v.                                              CASE NO. 07-CR-212

MICHAEL NAGEL.

## HON. J. P. STADTMUELLER PRESIDING

DATE: June 6, 2008                                     TIME SCHEDULED: 9:30 a.m.

COURT DEPUTY/CLERK: Melissa Burkland         TIME CALLED: 9:50 a.m.

COURT REPORTER: Kathy Malsom               TIME FINISHED: 10:29 a.m.

INTERPRETER: N/A

GOVERNMENT BY: Jonathan Koenig

DEFENDANT BY: Robert LeBell

PROBATION BY: Rex Morgan

Notes:
9:50 a.m. Appearances
9:50 Court comments to background of case
9:51 Defense counsel comments to the 06/07 version of the USSG objection; court comments that it is referring only to the facts
9:58 Court comments to the recently signed order denying the defendant's motion to dismiss on constitutional grounds
10:01 Probation recommended guidelines (2007)
    27
    I
    70-87 mo (statutory minimum mandatory penalty of 120 months)
    2-3 yr sup rel
10:03 Probation recommended guidelines (2006)
    23
    I
    46-57 months
    5 years Sup Rel
    $10,000.00 to $100,000.00
    $100 special assessment
10:03 Court comments that if the court were cast in the role of imposing a guideline sentence, the has consistently utilized a rule of lenity; the court would have sentenced the defendant with the 2006 guidelines and will adopt the 2006 manual
10:08 Defense counsel comments to the court; requests the minimum sentence and minimum period of supervised release; requests the Oxford or Pekin camp facility. Defense counsel agrees with the forfeiture order; requests that he be allowed to contact his

     family members that may be underage
10:12 Government comments to the court and responds to the court's order and comments
10:15 Defense counsel requests that the court make a finding that he defendant is not appropriate for civil commitment; court declines to do so
10:18 Court reads formal sentence
10:28 Defenses counsel requests a business related exception to the defendant's computer use, so long as the be properly monitored; the court requests that defense counsel discuss that request with the probation office
10:29 Court stands in recess

# FORMAL SENTENCE

<table>
<tr><td>Custody of Bureau of Prisons<br>120 months on Count 2</td><td>Supervised Release/Probation<br>5 years on Count 2</td></tr>
</table>

## Fine

Terms: NONE
- ☒ Fine waived due to defendant's inability to pay.

## Special Conditions of Supervised Release/Probation

| | |
|---|---|
| ☒ report in 72 hours | ☐ no new credit charges |
| ☒ no firearms | ☐ pay child support & arrearage |
| ☐ report conviction to employer | ☐ restitution:$_____, at $ /mo, 100%, no chng |
| ☒ no illegally possess control. subst. | ☐ cooperate with I.N.S. |
| ☐ drug & alcohol testing | ☐ cooperate with I.R.S. |
| ☐ halfway house for _____ | ☐ no tavern |
| ☒ financial disclosure | ☒ other: computer restrictions |
| ☐ community service: ____hours | ☒ other: DNA |
| ☐ fine at$___/mo, 100%, no chnge exemp. | ☐ other: |

## Special Assessment

$100.00 on Count One, for a total special assessment of $100.00
- ☒ To be paid immediately to the Clerk of Court, Room 362

## Custody Status

- ☒ Defendant remanded to custody of U.S. Marshal.
- ☒ Defendant advised of right to appeal.
- ☒ Recommendations for BOP: placement at a camp at either Pekin, IL or Oxford, WI, consistent with the prerogatives of the BOP placements

Page 3 of 3
Case 2:07-cr-00212-JPS    Filed 06/06/08    Page 3 of 3    Document 59