# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Daniel W. Stiller, Federal Defender
Craig W. Albee
John W. Campion
Anderson M. Gansner
Ronnie V. Murray
Joseph L. Toth

517 East Wisconsin Avenue
Suite 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

August 4, 2016

Honorable J.P. Stadtmueller
United States District Court
Eastern District Court
517 E. Wisconsin Avenue
Milwaukee, WI 53202

RE:   *United States v. Michael E. Nagel*
      Case No 07-CR-212 (JPS)

Dear Judge Stadtmueller:

On June 1, 2016, Michael Nagel had his initial appearance before Magistrate Judge Duffin. He was detained as he had no place to reside. Since that time, he has remained in custody.

As described in the most recent Release Status Report, D.E. 134, Mr. Nagel's mother has obtained housing for him in Illinois and the Northern District of Illinois has agreed to accept courtesy supervision of Nagel for 90 days, with the hope of a full transfer after that.

In light of the above, and the additional information contained in the Release Status Report, the parties (AUSA Jonathan Koenig on behalf of the government, USPO Ian Alexander on behalf of the United States Probation Office, and Craig Albee for Mr. Nagel) join in asking the Court to dismiss the pending revocation proceeding. I have attached a proposed order.

Honorable J.P. Stadtmueller
August 4, 2016
Page 2

Thank you for your consideration.

Respectfully submitted,

/s/   *Craig W. Albee*

CWA/cm

c:   Michael E. Nagel