# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>MICHAEL E. NAGEL,<br><br>          Defendant. | Case No. 07-CR-212-JPS<br><br><br><br>ORDER |

Based on the agreement of the parties,

IT IS HEREBY ORDERED that the pending revocation hearing proceedings be dismissed.

Dated at Milwaukee, Wisconsin, this 15th day of August, 2016.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge