

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**                                                              312-435-5670
**Clerk**

### Transfer of Criminal Case

Date:  December 6, 2018


Address:  wied_clerks_milw@wied.uscourts.gov

Case Title:  USA vs. Michael E. Nagel

Northern District of Illinois Case No.:  18 cr 828   Other Court's Case No.:  2:07cr212

Dear Sir/Madam:

Enclosed please find a <u>certified copy</u> of the docket sheet and documents being transferred to your court pursuant to:


**F.R.CR.P 5:**                                                    ☐ In    ☐ Out

☐ Order.
☐ Commitment Order.
☐ Bond Transfer.
☐ Order Setting Conditions of Release.
☐ Appearance bond.
☐ Financial Affidavit.

**18 U.S.C § 3605 Transfer of Jurisdiction Probation 22**    ☐ In    ☐ Out

☐ Certified copy of the Probation 22 form.
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Amended Sentencing Order.
☐ Rule 12B form.


Revised 10/03/16

☒ Email us a certified copy of the charging instrument, judgment, signed Probation 22 form and the docket sheet.

☐ **F.R.Cr.P. 20**    ☐ **F.R.Cr.P. 21**                    ☐ In    ☐ Out

☐ Indictment.

☐ Information.

☐ Superseding Indictment.

☐ Superseding Information.

☐ Sentencing Order.

☐ Consent to Transfer Jurisdiction.


Sincerely,
Thomas G. Bruton, Clerk of Court

By: /s/Yvette Pearson
        Deputy Clerk

---

TO BE COMPLETED BY THE RECEIVING DISTRICT

Please acknowledge receipt via email to: docketing_ilnd@ilnd.uscourts.gov

Date:

Clerk, U.S. District Court
By:
Deputy Clerk